# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MUIEEN ADEEN JAMAL ADEEN ABD AL FUSAL ABD AL SATTAR,<br><br>    Petitioner,<br><br>        v.<br><br>BARACK H. OBAMA, et al.,<br><br>    Respondents. | Civil Action No.  08-1236 (JDB) |

## ORDER

Upon consideration of the party's arguments during the telephonic conference of September 18, 2009, and the entire record herein, it is hereby

**ORDERED** that respondents shall take whatever steps are necessary to ensure that counsel for petitioner is permitted a face-to-face visit with petitioner during counsel's visit to the Guantanamo Bay Naval Base the week of September 21, 2009.  Any other meetings with petitioner shall be governed by the normal procedures in place at the Guantanamo Bay Naval Base.  It is further

**ORDERED** that the meeting ordered above shall take place at a designated "meeting place," as that term is used in paragraph 6 of the declaration of Commander Don A. Martin (attached as Ex. 1 to Resps.' Opp. to Pet'r's Mot. for Direct Contact).  It is further

**ORDERED** that respondents shall inform petitioner of the following: "You have a meeting with Ms. Cleary and [name of translator]."  If petitioner asks the purpose of the meeting or whom it is with, respondents shall decline to provide any information about the nature of the meeting or whom it is with.  In any case, if petitioner refuses to attend the meeting either before or after he inquires about it, petitioner will not be forcibly extracted from his cell, or otherwise

compelled to attend the meeting. Petitioner instead will be permitted to forego the meeting and remain in his cell. Moreover, if respondents believe that petitioner may become violent during his face-to-face meeting with counsel, they shall take whatever steps are necessary to ensure that petitioner's counsel's safety is not endangered during the meeting with petitioner. It is further

**ORDERED** that petitioner's counsel shall file a status report -- in writing and by not later than October 15, 2009 -- advising whether petitioner has agreed to representation and to pursue the present habeas petition. It is further

**ORDERED** that this ORDER supercedes this Court's ORDER of September 2, 2009.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date:      September 18, 2009